**MEMO ENDORSED**

The Law Office of Joseph V. Sorrentino<br>
404 Manor Road<br>
Staten Island, New York 10314<br>
Tel. 718-720-4943<br>
Fax 718-720-5009

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/6/22
```

June 27, 2022

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

                    Re:   United States v. Melsa Skrapalliu
                           Cr. Docket No. 20-660

Dear Judge Carter:

    I represent Ms. Skrapalliu in the above-referenced matter. On May 25, 2022, I wrote to request an extension of the motion filing deadline until June 29, 2022 because an application for a deferred prosecution was pending before the United States Attorney's Office. The Court graciously granted the extension. Because the application was only recently denied and is subject to an administrative appeal process likely to be concluded later this week, I write to request a further one-month extension of the filing deadline for motions until July 29, opposition due September 13 and a reply, if any, due October 13, 2022.

    I make this request with the government's consent.

                                    Respectfully submitted,

                                    Joseph V. Sorrentino

The application is **GRANTED.** Motions due 7/29/22, Responses due 9/13/22 and Replies, if any, due 10/13/22. Time excluded from 7/29/22 to 11/14/22 in the interest of justice. So Ordered.

*/s/ Andrew L. Carter, Jr.*
7/6/22