## LAW OFFICES OF
## JOSEPH V. SORRENTINO, PLLC

404 MANOR ROAD
STATEN ISLAND, NY 10314
(718) 720-4943
FAX (718) 720-5009
EMAIL: jvs.law@verizon.net

ADMITTED IN NEW YORK
AND NEW JERSEY
  Second Floor
Of Counsel
Timothy Forsyth, Esq. †
† Admitted in New York, New Jersey,
Pennsylvania and The District of Columbia

NEW JERSEY OFFICE
213 South Avenue East

Cranford, NJ 07016
(201)656-6525

July 28, 2022

VIA ECF
The Honorable Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/1/22__

RE: **United States v. Melsa Skrapalliu**
    Case No. 20CR-660

Dear Judge Carter:

I represent Ms. Melsa Skrapalliu in the above referenced matter. Ms. Melsa Skrapalliu is requesting the following dates and times to travel. We have communicated with the government, Assistant U.S. Attorney David Felton, and United States Pretrial Officer Lea Harmon-via email and both parties have no objection to this application.

**1) Trip to Miami for a day ;**

**AFNJRU** Confirmation of the flight with **Jet Blue** (AA July 31 6:35 Pm
Leaving **Newark** Airport to arrive to **Miami 9:50 pm** for a business trip and back the next day Miami 7:30 Pm to Newark 10:33 pm . .
I will be traveling with my business partner **Richard A Holmes** and we will be staying the night in Miami at a friend 's house .
----------

**2) Driving to Boston August 4th for the day** 100 Needham St, Newton, MA 02464.
----------

**3) Flying from Atlantic City Airport to Myrtle Beach Spirit Airline** confirmation YFLMQC

August **10th 8:25 am** to arrive **9:55 am** and back from Myrtle Beach Airport to Atlantic City Airport on **August 13th 9:50 am** to arrive **11:19 am**.
I will be staying at 4317 Frontier Drive Myrtle Beach SC 29577 with my family friend Alma Kuqo.

----------

**4)** Trip to Naples Florida.
**Jet Blue ZVYKFV**
Travelers **Melsa Skrapalliu** and **Ronni Ruli Jr** (son ).
**Newark** to **Fort Myers** Wednesday August 24th  7:19 am arriving 10:15 am
and back Fort myers to Newark airport Saturday September 10th 11:10am to 2:04 pm .
We will be Staying at Klarita Ivanaj s house **710 105th street Naples FL 34108** and we plan to travel to Disney, Tampa ,Miami , Fort Lauderdale, Boca and West Palm Beach .
 I do not believe we will be visiting Key West  but if we do I will share with the court officer Lea Harmon  the hotel and the day.

Respectfully,

Joseph V. Sorrentino, Esq.

JVS:cb

The application is **GRANTED.**
So Ordered.

*[signature]*

8/1/22