USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __9-8-22__

**MEMO ENDORSED**

LAW OFFICES OF

# JOSEPH V. SORRENTINO, PLLC

404 MANOR ROAD
STATEN ISLAND, NY 10314
(718) 720-4943
FAX (718) 720-5009
EMAIL: jvs.law@verizon.net

ADMITTED IN NEW YORK
AND NEW JERSEY
  Second Floor
Of Counsel
Timothy Forsyth, Esq. †
† Admitted in New York, New Jersey,
Pennsylvania and The District of Columbia

NEW JERSEY OFFICE
213 South Avenue East

Cranford, NJ 07016
(201)656-6525

September 8, 2022

**VIA ECF**
The Honorable Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York   10007

**RE:** **United States v. Melsa Skrapalliu**
      **Case No.  20CR-660**

Dear Judge Carter:

I represent Melsa Skrapalliu in the above referenced matter.  We are seeking to expand Ms. Skrapalliu's pretrial travel to include the state of Florida.  Ms. Skrapalliu is a licensed real estate broker and many times potential real estate deals arise in Florida on the spur of the moment requiring Ms. Skrapalliu's presence in that state.

We have communicated with the Government by A.U.S.A David Felton, and Pretrial Officer Taelor Nisbeth via email and both parties have no objection to this application.

Respectfully,

Joseph V. Sorrentino, Esq.
646-712-2083

Cc: David.Felton@usdoj.gov
    Taelor_Nisbeth@nyspt.uscourts.gov

The application is  ✓ granted.
                    __ denied.

Andrew L. Carter Jr, U.S.D.J.
Dated: September 8, 2022
NY, New York