**MEMO ENDORSED**

The Law Office of Joseph V. Sorrentino<br>
404 Manor Road<br>
Staten Island, New York 10314<br>
Tel. 718-720-4943<br>
Fax 718-720-5009

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/25/23

May 19, 2023

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

                    Re:  United States v. Melsa Skrapalliu
                          Cr. Docket No. 20-660

Dear Judge Carter:

    I represent Ms. Skrapalliu in the above-referenced matter. As part of the conditions of release, Pretrial Services is in possession of Ms. Skrapalliu's passport. Ms. Skrapalliu would like to travel Tirana, Albania, to visit her parents, who reside there. She would like to do that in the last two weeks of June and intends to make the trip with her son. The government (as per Sam Raymond) does not object to the travel or the temporary return of Ms. Skrapalliu's passport. Pretrial Services (as per Taelor Nesbith) deferred to the government. Should the Court grant this request, Ms. Skrapalliu will finalize her travel plans and provide a detailed itinerary and list of lodgings to Pretrial Services.

    For the foregoing reasons, Ms. Skrapaliu requests that she be permitted to travel to Tirana, Albania to visit her parents and that Pretrial Services return her passport for that purpose.

                                      Respectfully submitted,

                                      Joseph V. Sorrentino

The application is **GRANTED**.
So Ordered.

*/s/ Andrew L. Carter, Jr.*
5/25/23