```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-17-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                         Plaintiff,

               -against-

MELSA SKRAPALLIU,

                         Defendant.

------------------------------------------------------------ x

20-CR-660 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Final Pre-trial Conference set for February 1, 2024 is adjourned to February 15, 2024 at 3:00 p.m.

SO ORDERED.

Dated:    New York, New York
            January 17, 2024

                                       _____
                                       **ANDREW L. CARTER, JR.**
                                       **United States District Judge**