```
UNITED STATES DISTRICT COURT                            USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                           DOCUMENT
                                                        ELECTRONICALLY FILED
------------------------------------------------------x DOC#: _____
UNITED STATES OF AMERICA,                       :       DATE FILED: 1-25-24
                                                :
                        Plaintiff,              :
                                                :       20 CR 660 (ALC)
        -against-                               :
                                                :       ORDER
MELSA SKRAPALLIU,                               :
                                                :
                        Defendant.              :
                                                :
------------------------------------------------------x
```

ANDREW L. CARTER, JR., District Judge:

A Change of Plea Hearing is set for **February 9, 2024** at **2:00 p.m.**

SO ORDERED.

Dated:   New York, New York
         January 25, 2024

                                        _____
                                        ANDREW L. CARTER, JR.
                                        United States District Judge