```
UNITED STATES DISTRICT COURT                USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                DOCUMENT
-----------------------------------X         ELECTRONICALLY FILED
                                             DOC#: _____
UNITED STATES OF AMERICA,          :         DATE FILED: 6-20-24

         V.                        :         Cr. Docket No.
                                             20-660 (ALC)
MELSA SKRAPALLIU,                  :

         Defendant.                :

-----------------------------------X
```

WHEREAS, the Defendant, Melsa Skrapalliu, had been released pending trial on a PRB secured by $10,000 in cash and the surrender of all travel documents;

WHEREAS, the Defendant was sentenced on June 13, 2024 to a fine of $5,000 and a special assessment of $25;

WHEREAS, Pretrial Services is presently the custodian of the Defendant's passport and the $10,000 cash deposit;

IT IS HEREBY ORDERED that Pretrial Services a) return the passport to the Defendant; b) return $4,975 to the Defendant; and c) forward $5,025 to the Clerk of the Court for payment of the fine and special assessment.

_____
Hon. Andrew L. Carter, U.S.D.J.

Dated:   New York, New York
         June 20, 2024